**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **CHRISTOPHER LLOYD HARGROVE,** ) | |
| **ID # 09-58347,** ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:10-CV-0362-D |
| ) | |
| **WILLIAM FORTNER, et al.,** ) | |
| Defendants. ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

**SIGNED** April 12, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE